U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 1 3 2016
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:16-CR-128 (TJM) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **ELIZA AKHMETSHINA,** | ) | Violation: | 18 U.S.C. § 371 [Conspiracy to Commit Marriage Fraud] |
| | ) | | |
| | ) | 1 Count | |
| | ) | | |
| Defendant. | ) | County of Offense: | Albany |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Conspiracy to Commit Marriage Fraud]

1. From in or around February 2012, through in or around August 2015, in Albany County in the Northern District of New York, the defendant **ELIZA AKHMETSHINA**, Ian Neary, and others conspired to commit an offense against the United States, that is, marriage fraud by knowingly entering into a marriage for the purpose of evading a provision of the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

### PURPOSE

2. A purpose of the conspiracy was to secure lawful immigration status in the United States for the defendant, **ELIZA AKHMETSHINA**.

### MANNER AND MEANS OF THE CONSPIRACY

3. It was a part of the conspiracy that the defendant, **ELIZA AKHMETSHINA**, and Ian Neary agreed to marry in order to obtain lawful immigrant status in the United States for the defendant.

4. It was a part of the conspiracy that the defendant, **ELIZA AKHMETSHINA**, falsely represented to the United States Citizenship and Immigration Service that she resided with Ian Neary as husband and wife when, as she then well knew, they never resided together as husband and wife.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

5. In furtherance of the conspiracy and to achieve the objects thereof, the defendant, **ELIZA AKHMETSHINA**, and Ian Neary committed and caused to be committed the following acts, among others, in the Northern District of New York and elsewhere:

   a. In or around January 2012, the defendant, **ELIZA AKHMETSHINA**, in an effort to fraudulently obtain lawful immigration status in the United States, agreed to pay Ian Neary $10,000 to marry her.

   b. On or about February 15, 2012, the defendant, **ELIZA AKHMETSHINA**, and Ian Neary applied for a marriage license in Bennington Vermont.

   c. On or about February 15, 2012, the defendant, **ELIZA AKHETMETSHINA**, and Ian Neary were married in Bennington Vermont.

   d. On or about May 30, 2012, the defendant, **ELIZA AKHMETSHINA** signed an I-485 Application claiming marriage to the Ian Neary, a United States citizen and submitted that application to the Department of Homeland Security, Citizenship and Immigration Services in Albany, New York.

   e. On or about May 30, 2012, Ian Neary signed an I-130 Petition of behalf of the defendant, **ELIZA AKHMETSHINA**, and submitted that petition to the Department of Homeland Security, Citizenship and Immigration Services in Albany, New York. In the petition, the defendant, Ian Neary stated that he resided

with the defendant, **ELIZA AKHMETSHINA**, at an address in Albany County known to the Grand Jury, when, as Ian Neary well knew, they never resided together.

f. On or about August 5, 2014, the defendant, **ELIZA AKMETSHINA**, signed a Petition to Remove Conditions on Residence (United States Citizenship and Immigration Services Form I-751). In the form, the defendant, **ELIZA AKHETMETSHINA**, claimed that she resided with Ian Neary at an address in Albany County known to the Grand Jury, when, as she then well knew, they never resided together.

In violation of Title 18, United States Code, Section 371.

Dated: April 13, 2016

A TRUE BILL,

_____ name redacted
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Kofi Sansculotte
Assistant United States Attorney
Bar Roll No. 519151